AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Andre M. | Court of Appeals for the Fourth Circuit | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U S Courthouse
101 W. Lombard Street
Baltimore, MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | University of MD School of Law Board of Visitors |
| 2. Instructor | Vanderbilt University School of Law |
| 3. Instructor | University of MD School of Law |
| 4. Instructor | National Judicial College |
| 5. Chair of the Faculty Council | National Judicial College |
| 6. Director | Open Society Institute-Baltimore |
| 7. Member of the Board | Baltimore Urban Debate League, Inc. |
| 8. Member of the Board | Community Law in Action, Inc. |
| 9. Member of the Executive Committee | ABA Judicial Division/Appellate Judges Conference |
| 10. Chair | ABA Judicial Division/Commission on Diversity in the Judiciary |
| 11. Member | Network on Neroscience and the Law |
| 12. Member | Appellate Judges Education Institute Board of Directors |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2015 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/1/2014 | Vanderbilt University School of Law | $10,000.00 |
| 2. 5/1/2014 | University of Maryland School of Law | $3,750.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2014 | Self Employed Education Consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt University School of Law | February 13-17, 2014 | Nashville, TN | Course Instructor | Transportation, Lodging, and Food |
| 2. | Duke University Law School | February 28-March 1, 2014 | Durham, NC | Professional Meeting/ National Security Law | Transportation, Lodging, and Food |
| 3. | Wake Forest School of Law | February 24-27, 2014 | Winston-Salem, NC | "Jurist in Residence" Program | Transportation, Lodging, and Food |
| 4. | National Judicial College | March30-31, 2014 | Nashville, TN | Board of Trustees Meeting | Transportation, Lodging, and Food |
| 5. | same | June 5-6, 2014 | Reno, NV | Faculty Council Meeting | Transportation, Lodging, and Food |
| 6. | same | June 22-27, 2014 | Sedona, AR | Judicial Philosophy Course | Transportation, Lodging, and Food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Andre M.** | 05/15/2015 |

| | | | | |
|---|---|---|---|---|
| 7. | American Bar Association | February 8-10, 2014 | Chicago, IL | Mid-Year Meeting | Transportation, Lodging, and Food |
| 8. | same | August 7-10, 2014 | Boston, MA | Annual Meeting | Transportation, Lodging, and Food |
| 9. | MacArthur Foundation/ Vanderbilt University Law School | February 6-7, 2014 | Nashville, TN | Professional Meeting: Neuroscinece and the Law | Transportation, Lodging, and Food |
| 10. | same | February 20-21, 2014 | Miami, FL | same | same |
| 11. | same | Junel 16-19, 2014 | Chicago, IL | same | same |
| 12. | same | April 26-28, 2014 | Chicago, IL | same | same |
| 13. | same | July 28-29, 2014 | Atlanta, GA | same | same |
| 14. | same | October 16-18, 2014 | Santa Monica, CA | same | same |
| 15. | same | November 12-13, 2014 | Philadelphia, PA | same | same |
| 16. | Georgia State University | September 12-14, 2014 | Atlanta, GA | same | same |
| 17. | Harvard University Law School | September 22-26, 2014 | Cambridge, MA | Course Instruction | Trasportation, Lodging, and Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sovereign Bank | Mortgage on Rental Property/ Eastham, MA | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | J | T | | | | | |
| 2. Capital One Accounts | A | Interest | J | T | | | | | |
| 3. Bank of America Accounts | A | Interest | K | T | | | | | |
| 4. Discover Bank Account | A | Interest | | | Closed | 06/30/14 | J | | |
| 5. American Express Bank Account | A | Interest | K | T | Open | 01/20/14 | J | | |
| 6. JPMorgan LiquidAssetsMoneyMarket | A | Dividend | K | T | Open | 03/31/14 | J | | |
| 7. Lines 8 to 17 report EXCHANGE TRADED FUNDS (H) | | | | | | | | | |
| 8. SPDR Dow Jones Indl Avg ETF | A | Dividend | | | Sold | 01/24/14 | K | D | |
| 9. iShares Silver Trust | A | Dividend | J | T | Buy | 01/24/14 | J | | |
| 10. Technology Select Sector SPDR Fund | A | Dividend | K | T | Buy | 01/24/14 | K | | |
| 11. iShares Russell 1000 Value ETF | A | Dividend | | | Buy | 05/02/14 | J | | |
| 12. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 13. | | | | | Sold | 12/23/14 | K | B | |
| 14. iShares Russell 1000 Growth ETF | A | Dividend | | | Buy | 05/05/14 | J | | |
| 15. | | | | | Sold | 12/23/14 | J | B | |
| 16. SPDR S&P 500 ETF | B | Dividend | | | Buy | 05/02/14 | K | | |
| 17. | | | | | Sold | 12/23/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lines 19 to 28 report Common Stock (H) | | | | | | | | | |
| 19. Under Armour | | None | | | Buy | 05/02/14 | J | | |
| 20. | | | | | Sold | 12/23/14 | J | B | |
| 21. CSX Corp. | A | Dividend | | | Buy | 04/07/14 | J | | |
| 22. | | | | | Sold | 12/26/14 | J | A | |
| 23. EXELON Corp. | A | Dividend | | | Buy | 04/09/14 | J | | |
| 24. | | | | | Sold | 12/23/14 | J | A | |
| 25. NIKE Corp. Class B | A | Dividend | | | Buy | 04/07/14 | J | | |
| 26. | | | | | Sold | 12/24/14 | J | B | |
| 27. T ROWE PRICE, Inc. | A | Dividend | | | Buy | 04/07/14 | J | | |
| 28. | | | | | Sold | 12/23/14 | J | A | |
| 29. Lines 30 to 81 report MUTUAL FUNDS (H) | | | | | | | | | |
| 30. Davis NY Venture Fund Class C | A | Dividend | K | T | | | | | |
| 31. Europacific Growth Fund Class A | A | Dividend | K | T | | | | | |
| 32. T Rowe Price Growth Fund | C | Distribution | K | T | Buy | 07/02/14 | K | | |
| 33. T Rowe Price Blue Chip Growth Fund | A | Distribution | K | T | Buy | 03/24/14 | J | | |
| 34. | | | | | Buy (add'l) | 03/28/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 36. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 37. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 38. | | | | | Buy (add'l) | 05/14/14 | J | | |
| 39. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 40. | | | | | Buy (add'l) | 06/16/14 | J | | |
| 41. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 42. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 43. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 44. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 45. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 46. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 47. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 48. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 49. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 50. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 51. | | | | | Buy (add'l) | 10/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 53. | | | | | Buy (add'l) | 10/28/14 | J | | |
| 54. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 55. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 56. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 57. T Rowe Price Equity Income Fund | B | Distribution | K | T | Buy | 03/24/14 | J | | |
| 58. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 59. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 60. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 61. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 62. | | | | | Buy (add'l) | 05/19/14 | J | | |
| 63. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 64. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 65. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 66. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 67. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 68. | | | | | Buy (add'l) | 08/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 70. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 71. | | | | | Buy (add'l) | 09/19/14 | J | | |
| 72. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 73. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 74. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 75. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 76. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 77. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 78. T Rowe Price MD Tax Free Bond Fund | A | Int./Div. | K | T | Buy | 05/28/14 | K | | |
| 79. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 80. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 81. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 82. Rental Property--Eastham, MA | F | Rent | P1 | W | | | | | |
| 83. Rental Property--Baltimore, MD | D | Rent | N | W | Buy | 05/29/14 | M | | Estate of Hawes |
| 84. Trust No. 1 This is an income beneficiary trust. | E | Distribution | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andre M. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544